# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R.,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); DARRELL SMITH (A/K/A "DIRTY DICK SMITH; RAY J. GARCIA; and DOES 1-25, inclusive,<br><br>          Defendants. | CASE NO. 26-cv-00209-LJC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO MAINTAIN ANONYMITY** |

Plaintiff has submitted an administrative motion to maintain her anonymity.

This Court, having considered the briefs and other documents in support of the application and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion to Maintain Her Anonymity is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 3, 2026



_____
United States District Court Judge

- 1 -

ORDER GRANTING MOTION TO MAINTAIN ANONYMITY